In the Matter of the Claim of MARY PATRIAKA, Appellant, against WESTCHESTER COUNTY PARK COMMISSION and Another, Respondents.* STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of LAURA J. SEASE, Respondent, against CORNING BUILDING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARY L. FRASER, Respondent, against CRAIG & COMPANY, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of SAMUEL GERBER, Respondent, against I. UNTERBERG & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARIE PENDL, Respondent, against ARTHUR HAENEL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ADAM WYSKI, Respondent, against BREWER DRY DOCK COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ANNA KOSTYUM, Respondent, against F. C. SHELDON SLATE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.†— Award reversed and claim dismissed, on the ground that the accident did not arise out of and in the course of the employment, with costs against the State Industrial Board. All concur.

In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE on Account of the Death of DANIEL McCARTHY, Respondent, against Dr. SAVAGE PHYSICAL DEVELOPMENT INSTITUTE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of PETER McCANN, Respondent, against CARLETON CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ANGELO FRESCATORE, Respondent, against GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Whitmyer, J., not sitting.